**Order entered February 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00117-CV

**ASPEN HEIGHTS CONSTRUCTION, LLC, Appellant**

**V.**

**MSP IDD I, LLC, INDEPENDENTLY AND ON BEHALF OF BRECKENRIDGE GROUP WAXAHACHIE, TEXAS, LP, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-15745**

### ORDER

Oral argument in this case scheduled for February 16, 2022 is canceled. Before the Court is the Joint Motion to Render Judgment Pursuant to Parties' Agreement. We **GRANT** the motion to the extent the parties request abatement of this appeal to allow proceedings in the trial court to effectuate their agreement.

Pursuant to Rule 42.1(a)(2)(C), we **ABATE** this appeal until March 21, 2022 to permit proceedings in the trial court to effectuate the agreement. TEX. R. APP. P. 42.1(a)(2)(C). This case will reinstate without further order of the Court on

that date. The parties are directed to file a motion to dismiss or a status report on the settlement agreement within that time period.

/s/     LANA MYERS
        JUSTICE